FILED
JAN 2 0 2011
CLERK, U.S. DISTRICT COURT
SOUTHERN DISTRICT OF CALIFORNIA
BY                          DEPUTY

UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

| UNITED STATES OF AMERICA, | ) | Criminal Case No. 11CR_____ |
|---|---|---|
| | ) | '11CR 0214 BTM |
| Plaintiff, | ) | I N F O R M A T I O N |
| | ) | |
| v. | ) | Title 18, U.S.C., |
| | ) | Sec. 924(a)(1)(A) - False |
| JOSHUA LEE ANDRADE, | ) | Statement to a Federal Firearms |
| | ) | Licensee; and Title 18, U.S.C. |
| | ) | Sec. 924(d) - Criminal |
| Defendant. | ) | Forfeiture |
| | ) | |

The United States Attorney charges:

On or about January 26, 2009, within the Southern District of California, defendant JOSHUA LEE ANDRADE, in connection with his acquisition of a firearm, to wit, one .40 caliber, Smith & Wesson, model M&P 40, pistol, serial number MRC9828, from California Police Equipment, located at 4151 El Cajon Boulevard, San Diego, California, a licensed federal firearms dealer, did knowingly make to said dealer a false and fictitious written statement with respect to information that the law requires the Federal Firearms Licensee to keep under Chapter 44, Title 18, in that, the defendant falsely stated on Department of Treasury Form 4473, signed by the defendant, that the defendant's residence address was 601 E. Palomar St. #103-C, Chula Vista, CA, 91911, whereas in truth and fact, as the defendant then well knew, he did not reside at that

address; all in violation of Title 18, United States Code, Section 924(a)(1)(A).

### Criminal Forfeiture

Upon conviction of the offenses alleged in this indictment, defendant JOSHUA LEE ANDRADE shall forfeit to the United States, pursuant to Title 18, United States Code, Section 924(d), all firearms involved in the commission of the offenses including, but not limited to one .380 caliber, Hi Point, model CF380, pistol, serial number P814693; pursuant to Title 18, United States Code, Section 924.

DATED: January 14, 2011

LAURA E. DUFFY
United States Attorney

DOUGLAS KEEHN
Assistant U.S. Attorney